U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - LAKE CHARLES

OCT 22 2008

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **VANESSA HUREN** | : | **DOCKET NO. 2:07 CV 1255** |
| VS. | : | JUDGE MINALDI |
| **EMPLOYERS MUTUAL CASUALTY COMPANY** | : | MAGISTRATE JUDGE KAY |

## JUDGMENT

In accordance with the corresponding Memorandum Ruling, for the reasons set forth therein,

IT IS ORDERED, ADJUDGED and DECREED that the Motion for Summary Judgment [doc. 21] filed by the defendant, Employers Mutual Casualty Company IS DENIED.

Lake Charles, Louisiana, this 21 day of October, 2008.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE