U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - LAKE CHARLES

OCT 2 2 2008

ROBERT H. SHEMWELL, CLERK
BY _____
            DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| VANESSA HUREN | : | DOCKET NO. 2:07 CV 1255 |
| VS. | : | JUDGE MINALDI |
| EMPLOYERS MUTUAL CASUALTY COMPANY | : | MAGISTRATE JUDGE KAY |

### JUDGMENT

In accordance with the corresponding Memorandum Ruling, for the reasons set forth therein,

IT IS ORDERED, ADJUDGED and DECREED that the Motion for Partial Summary Judgment [doc. 24] filed by the defendant, Employers Mutual Casualty Company ("Employers Mutual") IS DENIED.

Lake Charles, Louisiana, this 22 day of October, 2008.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE